211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **17−44008−lsg**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Judy M. Miller
   30256 Southfield Rd., #185
   Southfield, MI 48076

Social Security No.:
   xxx−xx−0954

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case Due to Expiration of the Chapter 13 Plan** was entered on **7/13/22** . Accordingly, the automatic stay is lifted in the above entitled case.


Dated: 7/13/22

                              BY THE COURT


                              Todd M. Stickle , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT