Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **17−44008−lsg**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Judy M. Miller
   30256 Southfield Rd., #185
   Southfield, MI 48076

Social Security No.:
   xxx−xx−0954

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case Due to Expiration of the Chapter 13 Plan** was entered on **7/13/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/13/22

                               BY THE COURT


                               Todd M. Stickle , Clerk of Court
                               UNITED STATES BANKRUPTCY COURT

In re:  Case No. 17-44008-lsg
Judy M. Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: admin      Page 1 of 4
Date Rcvd: Jul 13, 2022      Form ID: ntcdsm      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judy M. Miller, 30256 Southfield Rd., #185, Southfield, MI 48076-1305 |
| 25715446 | + | Balmoral Club Association, Suite 100, 850 N. Crooks Rd., Clawson MI 48017-3014 |
| 27131085 | + | Balmoral Club Association, 30246 Southfield Rd., Southfield, MI 48076-1398 |
| 27131084 | + | Balmoral Club Association, c/o Aaron J. Scheinfield, Esq., 4000 Town Center, Suite 1200, Southfield, MI 48075-1413 |
| 24646088 | + | Balmoral Club Association, 30445 Northwestern Hwy., Ste. 370, Farmington, MI 48334-3109 |
| 24684811 | + | Balmoral Club Association, c/o Steven J. Wallace, 7071 Orchard Lake Rd. Ste. 255, West Bloomfield, MI 48322-3669 |
| 24646091 | + | Cb Manistee, PO Box 638, Manistee, MI 49660-0638 |
| 24646103 | + | Cu Advantage/Lending S, 22250 Providence, Southfield, MI 48075-4825 |
| 24646105 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 24646104 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 24853541 | | Ditech Financial LLC FKA Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049 |
| 24674988 | | Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049 |
| 24646118 | + | PAR Group, 39625 Lewis Dr., Ste. 200, Novi, MI 48377-2962 |
| 24646123 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 24646126 | + | Steven J. Wallace, Wallace & Wallace, 7071 Orchard Lake Road, Ste. 255, West Bloomfield, MI 48322-3669 |
| 26482618 | + | c/o Zelmanski, Danner, & Fioritto, PLLC, 44670 Ann Arbor Rd., Ste 170, Plymouth, MI 48170-4087 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24646087 | ^ | MEBN | Jul 13 2022 21:23:59 | AMCOL Systems, Inc., 111 Lancewood Rd., Columbia, SC 29210-7523 |
| 24646086 | ^ | MEBN | Jul 13 2022 21:23:46 | AMCOL Systems, Inc., Amcol Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 24646083 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2022 21:24:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr., Bloomington, IL 61701-1465 |
| 24646084 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2022 21:24:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 24646085 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2022 21:24:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 24674984 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jul 13 2022 21:24:00 | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 24646090 | | EDI: BANKAMER.COM | Jul 14 2022 01:28:00 | Bank of America, 4161 Piedmont Pkwy., Greensboro, NC 27410 |
| 24646089 | + | EDI: BANKAMER.COM | Jul 14 2022 01:28:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, PO Box 5170, Simi Valley, CA 93062-5170 |
| 24646098 | | Email/Text: cridude@aol.com | Jul 13 2022 21:25:00 | Commercial Recovery Inc, 5430 Commerce Blvd., |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 24674982 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2022 21:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| | | | | Rohnert Park, CA 94928 |
| 24646096 | + | EDI: WFNNB.COM | Jul 14 2022 01:28:00 | Comenity Bank/Lane Bryant, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 24646094 | + | EDI: WFNNB.COM | Jul 14 2022 01:28:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24646093 | + | EDI: WFNNB.COM | Jul 14 2022 01:28:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 24646095 | + | EDI: WFNNB.COM | Jul 14 2022 01:28:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 24646100 | + | EDI: CCS.COM | Jul 14 2022 01:28:00 | Credit Collections Svc, Po Box 9134, Needham, MA 02494-9134 |
| 24646099 | + | EDI: CCS.COM | Jul 14 2022 01:28:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 24646101 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 21:36:27 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 24646102 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 21:36:30 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 24646108 | + | EDI: DTEE.COM | Jul 14 2022 01:28:00 | Dte Energy, 1 Energy Plz # Wcb 2106, Detroit, MI 48226-1221 |
| 24646107 | + | EDI: DTEE.COM | Jul 14 2022 01:28:00 | Dte Energy, Attention: Bankruptcy Department, PO Box 740786, Cincinnati, OH 45274-0786 |
| 24646109 | | Email/Text: EBNBKNOT@ford.com | Jul 13 2022 21:25:00 | Ford Motor Credit Corporation, Ford Motor Credit, PO Box 6275, Dearborn, MI 48121 |
| 24715602 | + | Email/Text: szubalaw@yahoo.com | Jul 13 2022 21:25:00 | Ford Motor Credit Company LLC, c/o Szuba & Associates, PLLC, 40600 Ann Arbor Rd., Ste. 100, Plymouth, MI 48170-4675 |
| 24674983 | + | Email/Text: szubalaw@yahoo.com | Jul 13 2022 21:25:00 | Ford Motor Credit Company LLC, c/o Szuba & Associates, PLLC, 40600 Ann Arbor Rd., Ste. 200, Plymouth, MI 48170-4675 |
| 24646110 | + | Email/Text: EBNBKNOT@ford.com | Jul 13 2022 21:25:00 | Ford Motor Credit Corporation, Po Box Box 542000, Omaha, NE 68154-8000 |
| 24646111 | + | EDI: PHINAMERI.COM | Jul 14 2022 01:28:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 24646114 | + | EDI: IIC9.COM | Jul 14 2022 01:28:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 24646113 | + | EDI: IIC9.COM | Jul 14 2022 01:28:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East; PO Box 64378, St. Paul, MN 55164-0378 |
| 24646116 | | Email/Text: LISAK@SRANOW.COM | Jul 13 2022 21:24:00 | J.J. Marshall & Associates, 6060 Collection Dr Ste 2, Shelby Township, MI 48316 |
| 24646115 | | Email/Text: LISAK@SRANOW.COM | Jul 13 2022 21:24:00 | J.J. Marshall & Associates, Po Box 182190, Shelby Township, MI 48318 |
| 24646117 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 21:36:28 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 24674987 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 21:26:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 24746603 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 21:36:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24674986 | + | EDI: AISACG.COM | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2022 01:28:00 | NCEP, LLC, by AIS Data Services, LP as agent, PO Box 4138, Houston, TX 77210-4138 |
| 24674981 | + | EDI: AISACG.COM | Jul 14 2022 01:28:00 | NCEP, LLC, c/o AIS Recovery Solutions, LLC, PO Box 165028, Irving, TX 75016-5028 |
| 25518179 | + | EDI: AISACG.COM | Jul 14 2022 01:28:00 | NCEP, LLC by AIS Portfolio Services, LP as agent c, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26340781 | | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 21:24:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 24646120 | + | Email/Text: ebn@professionalrecoveryinc.com | Jul 13 2022 21:25:00 | Professional Recovery, 7319 W Jefferson Blvd., Fort Wayne, IN 46804-6237 |
| 24646119 | + | Email/Text: ebn@professionalrecoveryinc.com | Jul 13 2022 21:25:00 | Professional Recovery, Attn: Bankruptcy, 7319 W Jefferson Blvd, Fort Wayne, IN 46804-6237 |
| 24646121 | + | Email/Text: rdkcollects@gmail.com | Jul 13 2022 21:24:00 | Rdk Collection Service, 318 John R Rd., # 321, Troy, MI 48083-4542 |
| 24646122 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 13 2022 21:24:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 24646124 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 13 2022 21:36:36 | Regional Acceptance Co., 1420 East Fire Tower Rd., Greenville, NC 27858-4139 |
| 24674985 | | EDI: AISSPRINT | Jul 14 2022 01:28:00 | Sprint, Attn: Bankruptcy Dept., PO Box 7949, Overland Park, KS 66207-0949 |
| 24646125 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2022 21:25:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 24646128 | + | EDI: WTRRNBANK.COM | Jul 14 2022 01:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 24646127 | + | EDI: WTRRNBANK.COM | Jul 14 2022 01:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 24646129 | + | EDI: WTRRNBANK.COM | Jul 14 2022 01:28:00 | Target/TD, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27202236 | | Barclays Mortgage Trust 2021-NPL1,, Mortgage Backed Securities,, Series 2021-NPL1, by U.S. Bank, National Association,, as Indenture Trustee |
| 24646112 | | Green Tree Servicing LLC, 1555 W. Walnut Hill Ln., TX 78038 |
| 24646097 | *+ | Comenity Bank/Lane Bryant, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 24646092 | ##+ | Celco, 1140 Terex Rd, Hudson, OH 44236-3771 |
| 24646106 | ## | Ditech Financial LLC, fka Green Tree Servicing, PO Box 6172, Rapid City, SD 57709 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J. Scheinfield | on behalf of Creditor Balmoral Club Condo Association aaron@bk-lawyer.net  jennifer@bk-lawyer.net |
| Athena J. Aitas | on behalf of Creditor Ditech Financial LLC easternecf@trottlaw.com  mitrottlaw@ecf.courtdrive.com |
| Cheryl Cook | on behalf of Creditor Gregory Funding bknotices-edm@potestivolaw.com |
| Christopher E. Frank | on behalf of Creditor Balmoral Club Condo Association ECFBK@leducfrank.com |
| David Wm Ruskin | ecf-emails@det13.com |
| Heather R. Burnard | on behalf of Creditor Ditech Financial LLC EasternECF@Trottlaw.com |
| Lisa K. Mullen | on behalf of Trustee David Wm Ruskin ecf-emails@det13.com |
| Marcy J. Ford | on behalf of Creditor Ditech Financial LLC easternecf@trottlaw.com  mitrottlaw@ecf.courtdrive.com |
| Robert W. Bishop | on behalf of Debtor Judy M. Miller bermanbishop@gmail.com  bermanbishopecf@gmail.com;BishopRR45171@notify.bestcase.com |
| Susana E. Lykins | on behalf of Creditor NewRez LLC slykins@rascrane.com |

TOTAL: 10